[No. 35813-1-II. Division Two. May 13, 2008.]

DONALD KOSTEROW, *Respondent*, v. BAGELHEADS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-03903-1, John F. Nichols, J., entered December 15, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J.; Penoyar, J., dissenting.

[No. 35919-7-II. Division Two. May 13, 2008.]

CYNDI WALTERS, *Respondent*, v. THE DEPARTMENT OF CORRECTIONS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-00148-5, Paula Casey, J., entered February 5, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 35924-3-II. Division Two. May 13, 2008.]

*In the Matter of the Marriage of* BERNARD G. TEHENNEPE, *Respondent*, and DARLENE M. TEHENNEPE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-3-00252-0, Edwin L. Poyfair, J., entered January 12, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 35927-8-II. Division Two. May 13, 2008.]

*In the Matter of the Detention of* CHRISTOPHER GAYLORD, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 05-2-00440-1, Craddock D. Verser, J., entered January 17, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.